■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JANE ELIZABETH LEE, Admitted on March 25, 1985, at a Term of the Appellate Division, First Department. [720 NYS2d 777] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 247 AD2d 158.]